No. 01–6061. RESPASS v. CONNECTICUT. Sup. Ct. Conn. Certiorari denied.

No. 01–6064. RAYMER v. ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 4th Cir. Certiorari denied.

No. 01–6065. GRAY v. KNOWLES, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 01–6067. OWENS v. VIRGINIA. C. A. 4th Cir. Certiorari denied.

No. 01–6068. MCGUIRE v. COWLEY, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 01–6070. OLIVER v. FOWLKES ET AL. C. A. 4th Cir. Certiorari denied.

No. 01–6073. GALLE v. DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS, ET AL. C. A. 5th Cir. Certiorari denied.

No. 01–6077. INGRAM v. GEORGIA. Sup. Ct. Ga. Certiorari denied.

No. 01–6080. GARRETT v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 01–6082. FLORENCE v. HERRERA, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 01–6084. HORTON v. MARTIN, DIRECTOR, MICHIGAN DEPARTMENT OF CORRECTIONS. C. A. 6th Cir. Certiorari denied.

No. 01–6089. MATOS v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 01–6098. WASHINGTON v. KEMNA, SUPERINTENDENT, CROSSROADS CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 01–6099. ALLGAIER v. MICHIGAN ATTORNEY GRIEVANCE COMMISSION. Sup. Ct. Mich. Certiorari denied.